|   |   |
|---|---|
| Wai Shing Fong, | CIV-10-1863-PHX-PGR (MHB) |
| Petitioner, | **ORDER TO SHOW CAUSE** |
| vs. | |
| Katrina S. Kane, | |
| Respondent. | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Petitioner Wai Shing Fong (A042-760-781), who is confined in the Eloy Detention Center in Eloy, Arizona, has filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Petitioner alleges that immigration officials are holding him in detention pending his removal to Hong Kong. Petitioner argues that he is entitled to release from custody because his detention with no prospect that his removal will be effected in the reasonably foreseeable future is not authorized by law. See Zadvydas v. Davis, 533 U.S. 678 (2001) (when there is no reasonable likelihood that a foreign government will accept an alien's return in the reasonably foreseeable future, the INS may not detain the alien for more than the presumptively reasonable period of six months); Clark v. Martinez, 543 U.S. 371 (2005) (extending the holding in Zadvydas to inadmissible aliens).

On April 21, 2011, Respondent filed a Motion to Dismiss (Doc. 9) claiming that on March 16, 2011, the government released Petitioner on an Order of Supervision. Respondent contends that because the government granted the only relief Petitioner sought in his habeas

petition, this Court can no longer grant effective relief and the Petition is moot. Additionally, Respondent argues that Petitioner's request for fees does not create a live case or controversy.

Having reviewed Respondent's pleading, Petitioner will be required to show good cause why this action should not be dismissed as moot.

**IT IS ORDERED** that within ten (10) days from the date this Order is filed Petitioner must file a response to this Order showing good cause why this action should not be dismissed as moot.

DATED this 16th day of May, 2011.

Michelle H. Burns
United States Magistrate Judge